THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. CRUZ GARCIA TORRES, Defendant-Appellant.

(No. 53852; ▮▮▮▮▮▮▮▮▮)

First District—May 20, 1971.

*Abstract of Decision*

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

Richard W. Cosby, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.